IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JULES GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-696-C |
| | ) | |
| THE TOWN OF LEVEL PLAINS, | ) | |
| ALABAMA, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10-19-05
Date

Signature

The Town of Level Plains, Alabama
Counsel For (**print** name of all parties)

PO Box 6346, Dothan, AL 36302-6346
Address, City, State Zip Code

(334) 677-3000
Telephone Number

# DO NOT ELECTRONICALLY FILE THIS DOCUMENT

3