IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULES GARRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF LEVEL PLAINS, )<br>ALABAMA, )<br>)<br>Defendant. ) | Case Number 1:05-cv-696-C |

## JOINT RULE 26(f) REPORT

I.  Pursuant to Fed. R. Civ. P. 26(f), on October 27, 2005, the parties agreed on a discovery plan.

II.  Pre-Discovery Disclosures. The parties will exchange by November 21, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

III.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   A.  Discovery will be needed on the following subjects:

   1.  The facts and circumstances surrounding the events made the basis of this lawsuit;

   2.  Expert witness opinions; and

   3.  The damages claimed by the plaintiff.

   B.  All discovery should be commenced in time to be completed by October 20, 2006.

   C.  A maximum of forty interrogatories should be allowed by each party to any other party.

   D.  A maximum of forty requests for production should be allowed by each party to any other party.

1

        E.    A maximum of forty requests for admission should be allowed by each party to any other party.

        F.    A maximum of six depositions by plaintiff and six by defendant should be allowed.

        G.    Each deposition should be limited to a maximum of seven hours, unless extended by agreement of parties.

        H.    Reports from retained experts under Rule 26(a)(2) should be due:

            1.    From the plaintiff by February 17, 2006; and

            2.    From the defendant by March 31, 2006.

        I.    Supplementations under Rule 26(e) should be due August 4, 2006.

IV.    Other Items.

        A.    The parties do not request a conference with the Court before entry of the scheduling order.

        B.    The parties request a pretrial conference on October 23, 2006.

        C.    The plaintiff should be allowed until January 6, 2006, to join additional parties and to amend the pleadings.

        D.    The defendant should be allowed until January 13, 2005, to join additional parties and to amend the pleadings.

        E.    All potentially dispositive motions should be filed by July 25, 2005.

        F.    Settlement cannot be evaluated prior to July 25, 2005.

        G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the plaintiff by September 30, 2006.

        H.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the defendant by October 7, 2006.

        I.    Parties should have fourteen days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    J.    The case should be ready for trial by November 27, 2006, and at this time, is expected to take approximately two days.

Dated: October 28, 2005.

| | |
|---|---|
| **/s/ Charles N. Reese** | **/s/ James H. Pike** |
| Charles N. Reese (REE010) | James H. Pike (PIK003) |
| Attorney for Plaintiff | Attorney for Defendant |