IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JULE GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 1:05-cv-696-C |
| | ) | |
| TOWN OF LEVEL PLAINS, ALABAMA, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Jule Garrison and defendant the Town of Level Plains, Alabama stipulate to dismissal of this action with prejudice, with each party to bear its own costs.

Dated: December 30, 2005.

/s/ Charles N. Reese
Charles N. Reese  (REE010)
Attorney for Plaintiff
Jule Garrison

OF COUNSEL:

REESE & REESE
P.O. Box 250
Daleville, Alabama 36322-0250
Tel. (334) 598-6321
Fax (334) 598-4216
E-mail: c.neville@alabamalaw.net

2

                      **/s/ James H. Pike**
                      James H. Pike  (PIK003)
                      Attorney for Defendant
                      Town of Level Plains, Alabama

OF COUNSEL:

COBB, SHEALY, CRUM & DERRICK, P.A.
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
E-mail: jpike@cobb-shealy.com